**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JOHN ELLIE COBB** | : | **CASE NO.:  3:25-cv-00445** |
| | : | |
| **Plaintiff,** | : | **U.S. District Judge Michael J. Newman** |
| | : | **Magistrate Judge Caroline H. Gentry** |
| **v.** | : | |
| | : | |
| **MAPFRE INSURANCE** | : | |
| | : | |
| **Defendant.** | : | |

## AGREED ENTRY SUBSTITUTING PROPER PARTY-DEFENDANT

Now come the parties, Plaintiff John Ellie Cobb and Defendant The Commerce Insurance Company, by and through their respective counsel, having conferred; who seek to clarify the correct party-defendant to this case; this court being sufficiently advised; and for good cause shown;

1. Plaintiff's December 22, 2025 Complaint asserts employment discrimination claims against named-Defendant "MAPFRE Insurance," alleging that entity previously employed and constructively discharged Plaintiff. [Doc.#1]

2. Upon further investigation, The Commerce Insurance Company is the entity that previously employed Plaintiff. The Commerce Insurance Company is a wholly owned subsidiary of MAPFRE U.S.A. Corp. and does business under the MAPFRE Insurance brand. While Defendant denies Plaintiff's allegations of discrimination, The Commerce Insurance Company is nevertheless the proper party-defendant employer, and "MAPFRE Insurance" is *not* a proper party-defendant.

3. The Commerce Insurance Company is substituted as the proper party-defendant, and "MAPFRE Insurance" is dismissed without prejudice in this matter.

1

**SO ORDERED** on this 10th day of June, 2026.


               *s/Caroline H. Gentry*
               **Caroline H. Gentry**
               **United States Magistrate Judge**


**AGREED:**

| | |
|---|---|
| */s/ David M. Duwel* (per email auth.) | */s/ Chad E. Willits* |
| David M. Duwel (0029583) | Chad E. Willits (0066541) |
| 130 West Second Street, Ste 2101 | REMINGER CO., LPA |
| Dayton, Ohio 45402 | 525 Vine Street, Ste. 1500 |
| PH: (937)297-1154 | Cincinnati, OH 45202 |
| FAX: (937)297-1152 | Phone: (513) 721-1311 |
| Email: david@duwellaw.com | Fax:  (513) 721-2553 |
| *Counsel for Plaintiff* | Email: Cwillits@reminger.com |
| | *Counsel for Defendant* |

2